

P51012/E.Rivera

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Elisha Rivera, Senior United States Probation Officer |
| **RE:** | Arquelio J. Torres |
| **DATE:** | December 26, 2007 |

08 CRIM 018

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 11, 2005, the above-named individual was sentenced in the Western District of New York outlined in the attached J & C.

In November 2007, we received the Prob. 22's endorsed by the Honorable David G. Larimer, U.S. District Court Judge, ordering Mr. Torres's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer

Y FILED
JAN 0 3 2008